UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 07-14032-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA
     Plaintiff,

vs.

JOHN F. ALEXANDER,

     Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Order of Reference from District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on October 3, 2007. A Report and Recommendation was filed on October 12, 2007, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to the sole Count Indictment which charges the Defendant, with possession with intent to distribute a narcotic controlled substance, that is, five (5) grams or more of a mixture or substance containing a detectable amount of cocaine base, commonly referred to as crack cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7 day of January, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office